ACCEPTED
10-11-00424-CR
TENTH COURT OF APPEALS
WACO, TEXAS
1/30/2015 2:06:53 PM
SHARRI ROESSLER
CLERK

## NO. 10-11-00424-CR

| | | |
|---|---|---|
| THOMAS HENRY SINCLAIR | § | IN THE COURT OF APPEALS |
| v. | § | FOR THE TENTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT WACO |

### APPELLANT'S MOTION TO PERMIT CURRENT COUNSEL TO WITHDRAW ON APPEAL AND SUBSTITUTE NEW COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, through his attorney of record on appeal, Lori L. Ordiway, and files this Motion to Permit Current Counsel to Withdraw on Appeal and Substitute New Counsel on Appeal in the above-referenced appeal, and would show the following:

I.

The Court of Criminal Appeals remanded the appeal to this Court, and, in response to the letter issued by the Clerk of this Court on January 9, 2015, the Appellant filed a waiver of filing a new brief on January 23, 2015. No opinion, based on the original briefs, has been delivered by the Court as of the time of the filing of this motion.

1

II.

The undersigned attorney, Lori L. Ordiway, is closing and leaving her private practice and will be returning to the position of chief of the appellate division of the Dallas County District Attorney's Office on February 2, 2015.

III.

Continued representation in this appeal would constitute a conflict of interest. The substitution of new counsel is necessary to ensure that the Appellant receives effective assistance of counsel on appeal.

IV.

The substitute attorney's name and other information required by Rule 6.5(d) of the Texas Rules of Appellate Procedure are as follows:

Brett E. Ordiway
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201
Phone:   214-468-8100
Fax:      214-468-8104
E-mail:  bordiway@sualaw.com
State Bar No. 24079086

A copy of this Motion is being delivered on this date to the Appellant both by certified mail (Certified Mail No. 7014 1820 0001 7535 1186) and by first-class mail to the Appellant at his last known address:

Thomas Henry Sinclair
7255 SWCR 2420
Wortham, Texas 76693

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney for the Appellant respectfully requests that this Court grant this Motion to Permit Current Counsel to Withdraw on Appeal and Substitute New Counsel on Appeal.

**Respectfully submitted,**

/s/ Lori L. Ordiway
**LORI L. ORDIWAY**
**State Bar No. 12327300**
**P.O. Box 793991**
**Dallas, Texas 75379**
**Telephone: (972) 701-0155**
**Facsimile: (972) 701-0151**
**E-mail:      lori.ordiway@att.net**

**ATTORNEY FOR THE APPELLANT**

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this Motion is being served on the 30th day of January, 2015, via the service function in eFile Texas, on the following attorneys: (1) the attorney for the State of Texas, Andrew Wolf, Assistant District Attorney, Navarro County District Attorney's Office, to awolf@navarrocounty.org; and (2) Brett E. Ordiway to bordiway@sualaw.com.

/s/ Lori L. Ordiway
**LORI L. ORDIWAY**

**11-41**

4